UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED

JAMES J. VILT, JR. - CLERK

MAY 20 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**COREY ELLERY**, a/k/a CK

INDICTMENT

NO. 3:26-CR-62-DJH

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 933(a)(1)
18 U.S.C. § 933(b)
18 U.S.C. § 934
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 846
21 U.S.C. § 853
26 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
### (Conspiracy to Distribute Cocaine Base)

Beginning on a date unknown to the Grand Jury, but at least as early as July 10, 2024 and continuing up to and through on or about August 16, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **COREY ELLERY**, a/k/a CK, knowingly and intentionally conspired with others, known and unknown to the Grand Jury, to distribute twenty-eight (28) grams or more of a mixture and substance of cocaine which contains cocaine base, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and 846.

The Grand Jury further charges:

## COUNT 2
### (Firearms Trafficking)

On or about August 1, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **COREY ELLERY**, a/k/a CK, transferred and otherwise disposed of a firearm that is:

a Jiminez, model J.A. Nine, 9 millimeter pistol, bearing serial number 328862, and ammunition, to Witness #1, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by Witness #1 would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1) and (b).

The Grand Jury further charges:

### COUNT 3
*(Possession of a Firearm by a Prohibited Person)*

On or about August 1, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **COREY ELLERY**, a/k/a CK, knowingly possessed, in and affecting commerce, a firearm, that is, a Jiminez, model J.A. Nine, 9-millimeter pistol, bearing serial number 328862, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about December 16, 2013, in Jefferson Circuit Court, Jefferson County, Kentucky, in case number 12-CR-3112, **COREY ELLERY**, a/k/a CK, was convicted of the offense of assault 4th degree domestic violence 3rd or greater offense within 5 years.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(g)(1) and 933(a)(1) as alleged in this Indictment, felonies punishable by imprisonment for more than one year, **COREY ELLERY**, a/k/a CK, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 934, and Title 28, United States Code, Section 2461, any and all property constituting, or derived from, proceeds the defendant obtained, directly

2

or indirectly, as a result of these violations, and any and all of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment, and any property involved in or traceable thereto, including, but not limited to a Jiminez, model J.A. Nine, 9-millimeter pistol, bearing serial number 328862, and ammunition.

As a result of committing an offense in violation of Title 21, United States Code, Sections 841(a)(1) and 846 as charged in this Indictment, a felony punishable by imprisonment for more than one year, **COREY ELLERY**, a/k/a CK, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of said offense, and any and all of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment, including but not limited to the property listed in the above paragraph.

A TRUE BILL.

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:JRP 5/20/26

UNITED STATES OF AMERICA v. **COREY ELLERY**, a/k/a CK

## P E N A L T I E S

Count 1:           NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 8 yrs. Supervised Release
Counts 2-3:        NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Forfeiture

## N O T I C E

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
|---|---|---|---|
|  | $125 per count/other |  | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1.   **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

     <u>For offenses occurring after December 12, 1987:</u>

     No **INTEREST** will accrue on fines under $2,500.00.

     **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

     **PENALTIES** of:

     10% of fine balance if payment more than 30 days late.

     15% of fine balance if payment more than 90 days late.

2.   Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.   Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

     If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.    That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.    Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

LOUISVILLE:          Clerk, U.S. District Court
                     106 Gene Snyder U.S. Courthouse
                     601 West Broadway
                     Louisville, KY  40202
                     502/625-3500

BOWLING GREEN:       Clerk, U.S. District Court
                     120 Federal Building
                     241 East Main Street
                     Bowling Green, KY  42101
                     270/393-2500

OWENSBORO:           Clerk, U.S. District Court
                     126 Federal Building
                     423 Frederica
                     Owensboro, KY  42301
                     270/689-4400

PADUCAH:             Clerk, U.S. District Court
                     127 Federal Building
                     501 Broadway
                     Paducah, KY  42001
                     270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.